**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Lemon JONES, Defendant–Appellant.**

**No. 07–11108**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 6, 2007.

Verda M. Colvin, Macon, GA, Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Scott Chandler Huggins, Adams, Hemingway & Wilson, LLP, Macon, GA, for Defendant–Appellant.

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Scott Chandler Huggins, appointed counsel for Robert Lemon Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Jones's convictions and sentences are **AFFIRMED.**